196 So. 899
**Moody BAUGH v. STATE.**
8 Div. 965.

Court of Appeals of Alabama.
June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 920
**Charlie BEAN v. STATE.**
8 Div. 844.

Court of Appeals of Alabama.
June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

193 So. 883
**J. H. BENNETT v. STATE.**
6 Div. 505.

Court of Appeals of Alabama.
Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

197 So. 901
**BIRMINGHAM ELECTRIC CO. v. O. L. McCAIN.**
6 Div. 535.

Court of Appeals of Alabama.
June 25, 1940.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.
Taylor & Higgins, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.

191 So. 926
**BIRMINGHAM ELECTRIC CO. v. Myrtle WHITLOW.**
6 Div. 514.

Court of Appeals of Alabama.
Oct. 3, 1939.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.